UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORRIS S. MAXWELL, et al.,

    Plaintiffs,

    v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,

    Defendants.

Case No. 13-cv-03957-WHO

**ORDER VACATING HEARING ON MOTION TO DISMISS**

Pursuant to Civil Local Rule 7-1(b), the Court determines that the defendants' Motion to Dismiss (Dkt. No. 14) is appropriate for resolution without oral argument and VACATES the hearing scheduled for October 30, 2013.

**IT IS SO ORDERED**.

Dated: October 28, 2013



WILLIAM H. ORRICK
United States District Judge